# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br> v.<br><br>AGUSTIN JAIME MENDEZ-MEJIA<br><br>   Defendant. | Case No.: 20-CR-02064-JLS<br><br>**ORDER GRANTING MOTION FOR INSPECTION OF EVIDENCE** |

Upon application of Mr. Mendez-Mejia and good cause appearing thereof, IT IS HEREBY ORDERED that:

Homeland Security Investigations allow Mr. Mendez-Mejia and his representatives to inspect the narcotics seized in this case provided:

   a. He provides the United States notice of the individuals who will need access to the narcotics;

   b. A representative of HSI is present, and be able to view any inspection performed on the narcotics; and

   c. Mr. Mendez-Mejia and his representatives be subject to the security protocols of HSI.

IT IS SO ORDERED.

Dated: March 4, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge